## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Zeckariah Harris,  　　　　　　　　　Case No.　　1:10cv775

　　　　Plaintiff

　　vs.

McSweeney's, Inc.,

　　　　Defendants.

## ORDER

The Notation Order previously granted (Doc. 36) was inadvertently ruled on, and is rescinded.  This motion is reinstated and will be ruled on by Judge Beckwith.

　　　　　　　　　　　　　　　　　　/s/ *Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge